DANIEL J. BRODERICK, Bar #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
JAVIER MARTINEZ-DOMINGUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Cr. S. 07-507-LKK |
| Plaintiff, ) | |
| v.  ) | **STIPULATION AND ORDER REQUESTING CONTINUANCE OF STATUS CONFERENCE AND EXCLUSION OF TIME; ORDER** |
| JAVIER MARTINEZ-DOMINGUEZ, ) | Date: January 23, 2008 |
| Defendant. ) | Time: 9:30 a.m. |
| | Judge: Lawrence K. Karlton |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, KYLE REARDON, Assistant United States Attorney, attorney for Plaintiff, and RACHELLE BARBOUR, Assistant Federal Defender, attorney for Defendant, JAVIER MARTINEZ-DOMINGUEZ, that the status conference set for January 15, 2008 be continued to January 23, 2008 at 9:30 a.m.

This continuance is being requested because the parties have just received the pre-plea presentence report from the probation office in this fast-track immigration case.  The defense has just received a plea agreement and must meet with Mr. Martinez-Dominguez to discuss it with him.  The plea agreement must be translated into Spanish, and defense counsel must also have the presentence report read to Mr. Martinez-

1  Dominguez in Spanish.

2      Accordingly, the parties request that the Court exclude the time
3  from the current date through January 23, 2008 at 9:30 a.m., under 18
4  U.S.C. § 3161(h)(8)(B)(iv) and local code T4 (reasonable time to
5  prepare).  The parties agree that the ends of justice to be served by a
6  continuance outweigh the best interests of the public and the defendant
7  in a speedy trial.

```
                                    Respectfully submitted,
                                    DANIEL J. BRODERICK
                                    Federal Defender


DATED: January 9, 2008              /s/ RACHELLE BARBOUR
                                    RACHELLE BARBOUR
                                    Assistant Federal Defender
                                    Attorney for Defendant


                                    McGREGOR SCOTT
                                    United States Attorney


DATED: January 9, 2008              /s/ RACHELLE BARBOUR for
                                    KYLE REARDON
                                    Assistant U.S. Attorney
                                    Attorney for Plaintiff
```

**O R D E R**

   **IT IS SO ORDERED.**

DATED: January 11, 2008

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2