UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR. S-07-507 LKK |
| Respondent, | |
| v. | <u>O R D E R</u> |
| JAVIER MARTINEZ-DOMINGUEZ, | |
| Petitioner. | |
| _____/ | |

The court is in receipt of a motion to reduce sentence. The motion is DENIED.

IT IS SO ORDERED.

DATED: November 10, 2008.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1